United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Applegate Tran Livingston, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  Poliform San Francisco** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1407347** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **195 Rhode Island Street**<br>**San Francisco, CA 94103**<br>Number, Street, City, State & ZIP Code | **34 Woodward Street**<br>**San Francisco, CA 94103**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.poliform.it**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**7389**____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **Design showroom valued in excess of secured claims located in Design District subject of a Three Day Notice to Quit.**

**Where is the property?**    **195 Rhode Island Street**
                   **San Francisco, CA, 94103-0000**

                   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **Hebson Insurance Brokerage, Inc.**

           Contact name   **Allie Brooks**

           Phone   **310-530-9662**

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 15, 2024** _____
              MM / DD / YYYY

X _____   **Vernon Applegate**
Signature of authorized representative of debtor   Printed name

Title   **Chief Financial Officer** _____

**18. Signature of attorney**   X ___/s/William P. Fennell_____   Date **April 15, 2024**
                                 Signature of attorney for debtor            MM / DD / YYYY

**William P. Fennell** _____
Printed name

**Law Office of William P. Fennell, APLC** _____
Firm name

**600 West Broadway, Suite 930**
**San Diego, CA 92101** _____
Number, Street, City, State & ZIP Code

Contact phone   **(619) 325-1560** _____   Email address   **office@fennelllaw.com** _____

**164210 CA** _____
Bar number and State

**United States Bankruptcy Court**
**Northern District of California**

In re   **Applegate Tran Livingston, Inc.**                                      Case No. _____

                                                  Debtor(s)                       Chapter   **7**   _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Vernon Applegate**, declare under penalty of perjury that I am the **Chief Financial Officer** of **Applegate Tran Livingston, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 12th day of **April**, 20 **24** .

    "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Vernon Applegate, Chief Financial Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **Vernon Applegate, Chief Financial Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Vernon Applegate, Chief Financial Officer** of this Corporation is authorized and directed to employ **William P. Fennell**, attorney and the law firm of **Law Office of William P. Fennell, APLC** to represent the corporation in such bankruptcy case."

Date _____ 4 · 12 · 2024 _____        Signed _____
                                                                    **Vernon Applegate**

Resolution of Board of Directors
of
**Applegate Tran Livingston, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Vernon Applegate, Chief Financial Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Vernon Applegate, Chief Financial Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Vernon Applegate, Chief Financial Officer** of this Corporation is authorized and directed to employ **William P. Fennell**, attorney and the law firm of **Law Office of William P. Fennell, APLC** to represent the corporation in such bankruptcy case.

Date ___4 · 12 · 24___        Signed _____

Date _____        Signed _____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                          Case No.

**Applegate Tran Livingston, Inc.**


_____ Debtor(s).  _____ /


<u>**CREDITOR MATRIX COVER SHEET**</u>


    I declare that the attached Creditor Mailing Matrix, consisting of __7__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **April 15, 2024**


                            **/s/ William P. Fennell**
                            Signature of Debtor's Attorney or Pro Per Debtor

Aicha Bamba
c/o Next Step Accounting Services
PO Box 21591
Piedmont, CA 94620


Alder & Tweed Design Co.
56 Main St.
Millerton, NY 12546


All Ways Delivery
2350 Watney Way, Ste. E
Fairfield, CA 94533


American Express
PO Box 981535
El Paso, TX 79998-1535


Applegate Tran Interiors
34 Woodward Street
San Francisco, CA 94103


Ashley Fehrmann
2944 Polk Street
San Francisco, CA 94109


Baker Tily
Attn: Norleen S. Bounds
2570 W. El Camino Real, Suite 640
Mountain View, CA 94040


Bay Alarm Company
5130 Commercial Circle
Concord, CA 94520

Ben Stott
1060 Guerrero Street
San Francisco, CA 94110


Bomma
BMRC Group s.r.o. Pod
Drahou 1638/7, 170 00
Prague, Czech Republic


Canon Financial Services, Inc.
158 Gaither Drive
Mount Laurel, NJ 08054


Cecilia & Mark Pinto
Interiors for Modern Living
904 High Street
Palo Alto, CA 94301


Chris Del Rosario


Cindy Bayon
1 Mara Vista Court
Belvedere Tiburon, CA 94920


David P. Wasserman, Esq.
 2960 Van Ness Avenue
San Francisco, CA 94109-9696


Dekri Vonan
c/o Next Step Accounting Services
PO Box 21591
Piedmont, CA 94620

Del Corona & Scardigli
15 W 36th Street, 13th Floor
New York, NY 10018


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Fibrenew Bay Area
54 Puffin Circle
Oakley, CA 94561


Franchise Tax Board
Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Godspeed Courier Services Inc.
2126 Folsom Street
San Francisco, CA 94110


Holly A. Kopman Interior Design LLC
207 Second Street, Ste. E
Sausalito, CA 94965


Internal Revenue Service
Insolvency Operations Unit
PO Box 7346
Philadelphia, PA 19101-7346


James J. Ficenec
Newmeyer & Dillon LLP
2033 N. Main Street, Suite 500
Walnut Creek, CA 94596

Jeeyoung Grace Kim
507 Valley Street
San Francisco, CA 94131


Jon J. Janecek, Esq.
Newmeyer & Dillion, LLP
895 Dove Street, 2nd Floor
Newport Beach, CA 92660


Justin Pace
Mitchell Walker
506 Fell Street #A
San Francisco, CA 94102


KBA Document Solutions LLC
32900 Alvarado-Niles Rd Ste. 100
Union City, CA 94587


Larry Wasserman
111 Rhode Island Street #4B
San Francisco, CA 94103


Lasea Group LLC
440 NE 4th Avenue
Camas, WA 98607


Lasvit, Inc.
51 Wooster St.
New York, NY 10013


Libertas Funding
411 West Putnam Avenue Suite 220
Greenwich, CT 06830

Luxe Interior Design
PO Box 844651
Boston, MA 02284-4651


MAK Studio
49 Rodgers Street
San Francisco, CA 94103


Martha Berman
72 San Mateo Road
Berkeley, CA 94707


Noovo Bloom
1546 Quesada Avenue
San Francisco, CA 94124


Poliform Italy
Via Trento Angolo via magni 2
22044, Inverito IT


Poliform USA, Inc.
Attn: Luca Bizi
112 Madison Ave., 12th Floor
New York, NY 10016


Property Ventures of Marin, Inc.
c/o Katherine Isa, Esq.
Law Office of Katherine Isa
330 Franklin St., Ste. 450
Oakland, CA 94607


Radiant Global Logistics
50 Mayfield Avenue
Edison, NJ 08837

Rose Pelagie Ahoulou
c/o Next Step Accounting Services
PO Box 21591
Piedmont, CA 94620


SF Pro Cleaning Services
1747 La Salle Avenue
San Francisco, CA 94124


Stacee Christen


State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029


Thao Dodson, as Trustee of the Thao N.
Dodson Revocable Living Trust
338 Spear Street, #39-B
San Francisco, CA 94105


Torchio Nursery
PO Box 1264
Soquel, CA 95073


Tramo USA Inc.
99 New Hook Road
Bayonne, NJ 07002


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

UFS West LLC
1915 Hollywood Blvd, Suite 200A
Hollywood, FL 33020


UPS - TX
28013 Network Place
Chicago, IL 60673-1280


Webfunder LLC
5150 Tamiami Trail N, Suite 302
Naples, FL 34103


Woodward Studios LLC
34 Woodward Street
San Francisco, CA 94103

## United States Bankruptcy Court
### Northern District of California

In re    **Applegate Tran Livingston, Inc.**                  Case No.                 
                                      Debtor(s)        Chapter     **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Applegate Tran Livingston, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 15, 2024** | **/s/ William P. Fennell** |
| Date | **William P. Fennell** |
| | Signature of Attorney or Litigant |
| | Counsel for    **Applegate Tran Livingston, Inc.** |
| | **Law Office of William P. Fennell, APLC** |
| | **600 West Broadway, Suite 930** |
| | **San Diego, CA 92101** |
| | **(619) 325-1560 Fax:(619) 325-1558** |
| | **office@fennelllaw.com** |