# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fremont Bank** | **Business Preferred Checking** | **7253** | **$2,852.39** |
| 3.2. | **Fremont Bank** | **Business Plus Checking** | **6716** | **$290.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      **$3,142.39**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☒ Yes Fill in the information below.

11. **Accounts receivable**    Debtor has AR's, however the Debtor's principal and bookkeeper (hired since the filing of the case) have been working diligently to produce an updated aging schedule but has not been able to create an accurate list. All customers identified to date have been scheduled as creditors on Schedule D.

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 1 of 46

11a. 90 days old or less: **0.00** - **0.00** = .... **Unknown**

　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$0.00**

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **See attachment for breakdown** | | **$0.00** | | **$3,286,301.93** |

23. **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

**$3,286,301.93**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Case: 24-30252　　Doc# 14　　Filed: 05/09/24　　Entered: 05/09/24 18:28:57　　Page 2 of 46

# Poliform SF Assets
## Attachment to Schedule B No. 22

| | Cost |
|---|---|
| **TENANT IMPROVEMENTS** | |
| Sneed Construction | $1,641,737.59 |
| Scent HVAC | $11,600.00 |
| Maverick Installation | $116,230.00 |
| Nemo Lighting | $133,672.69 |
| **TOTAL TENANT IMPROVEMENTS** | **$1,903,240.28** |
| | |
| **BUSINESS PROPERTY** | * |
| Poliform Kitchens, Closets, Furniture * | $1,020,000.00 |
| Miele Appliances Office Furniture & Equipment (Estimate) | $61,240.42 |
| | $20,000.00 |
| **TOTAL BUSINESS PROPERTY POLIFORM** | **$1,101,240.42** |
| | |
| **LIGHTING & TABLEWARE INVENTORY** | |
| Lasvit Lighting (70% Net Cost) | $160,433.00 |
| Lasvit Tableware (70% Net Cost) | $40,897.50 |
| Bomma Lighting (47.5% Net Cost) | $40,490.43 |
| Misc. Accessories | $40,000.00 |
| **TOTAL LIGHTING & TABLEWARE INVENTORY** | **$281,820.93** |
| | |
| **TOTAL TENANT IMPROVEMENTS** | **$1,903,240.28** |
| **TOTAL BUSINESS PROPERTY** | **$1,101,240.42** |
| **TOTAL LIGHTING INVENTORY** | **$281,820.93** |
| | |
| **GRAND TOTAL** | **$3,286,301.63** |

**\* To open the showroom the cost for incoming freight, duties, storage & delivery is $978,348.00**

1

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **195 Rhode Island Street San Francisco, CA 94103 Please see #22 above for tenant improvements** | **Leasehold Interest** | **Unknown** | | **Unknown** |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$0.00** |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    Patents, copyrights, trademarks, and trade secrets**

**61.    Internet domain names and websites**

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 4 of 46

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.                **$0.00**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

     ■ No
     ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ■ No
     ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                              **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)
       **Federal Income Tax Refund  $84,116.00**
       **State Income Tax Refund  $3,883.00**        Tax year **2023**        **$87,999.00**

       **Federal Tax Refund**                      Tax year **2022**        **$84,299.00**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **Justin Pace,**
       **No lawsuit has been filed**                         **Unknown**

       Nature of claim        **Breach of contractf, breach of fiduciary duty and breach of trust**

       Amount requested        **$0.00**

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 5 of 46

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                               | **$172,298.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 6 of 46

Debtor    **Applegate Tran Livingston, Inc.**      Case number *(if known)* **24-30252**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,142.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,286,301.93 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $172,298.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,461,742.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,461,742.32 |

Debtor name    **Applegate Tran Livingston, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **24-30252**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **CT Corporation** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CT Corporation**
Creditor's Name

**Attn: SPRS**
**330 N Brand Blvd, Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Debtor is uncertain who the secured creditors is/are and has been unable to ascertain that information having made inquiry of CT Corporation**

Describe the lien
**UCC**

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.2 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $3,461,742.32 |
|---|---|---|---|---|

**U.S. Small Business Administration**
Creditor's Name

**Office of General Counsel**
**312 North Spring Street, 5th Floor**
**Los Angeles, CA 90012**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**All assets described in Schedule B including accounts receivables (the value of which is uncertain). Value stated does not incluse accounts receivable.**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**7904**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **UFS West LLC** | | |

Creditor's Name

**1915 Hollywood Blvd, Suite 200A**
**Hollywood, FL 33020**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        **$401,000.00**        **Unknown**
**Accounts Receivables, value unknown**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Webfunder LLC** | | |

Creditor's Name

**5150 Tamiami Trail N, Suite 302**
**Naples, FL 34103**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**        **$273,000.00**        **Unknown**
**Accounts receivables, value unknown**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$824,000.00**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 9 of 46

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CESC-Covid EIDL Serv. Ctr.**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | Line __2.2__ | |
| **U.S. Small Business Admin.**<br>**10737 Gateway West, #300**<br>**El Paso, TX 79935** | Line __2.2__ | |
| **Wolters Kluwer Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line __2.1__ | |

Debtor name **Applegate Tran Livingston, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **24-30252**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Dept Tax & Fee Admin**<br>**455 Market Street #620**<br>**San Francisco, CA 94105-2449** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$207,638.97** | **$207,638.97** |
| | Date or dates debt was incurred<br>**1/2020-3/2023** | Basis for the claim:<br>**Sales Tax Audit** | | |
| | Last 4 digits of account number **3997**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$66,425.14** | **$66,425.14** |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

37506
Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 11 of 46

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section, MS A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Insolvency Operations Unit**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350,451.34 | $350,451.34 |
|---|---|---|---|---|

**State Board of Equalization**
**Account Information Group, MIC:**
**29**
**PO Box 942879**
**Sacramento, CA 94279-0029**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $146.00 |

**Accuchex Payroll & Ins. Services**
**365 Bel Marin Keys Blvd.**
**Novato, CA 94949**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2024**

Basis for the claim: **Payroll Processing Service Fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | Unknown |
|---|---|---|

**Adam Goldberg**
**1725 Grandview Drive**
**Berkeley, CA 94705**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Identified by Debtor as Customer,**

**Last 4 digits of account number** **2495**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 12 of 46

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90,000.00** |
|---|---|---|---|

**Aicha Bamba**
**c/o Next Step Accounting Services**
**PO Box 21591**
**Piedmont, CA 94620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _**Personal Loan**_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Aileen Tang**
**PO Box 3451**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _**Identified by Debtor as Customer**_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,705.75** |
|---|---|---|---|

**Alder & Tweed Design Co.**
**56 Main St.**
**Millerton, NY 12546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _**Refund to customer**_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alex Cartlidge**
**1870 Brookvale Road**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _**Identified by Debtor as Customer,**_

Last 4 digits of account number _**2372**_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alex Rudakov**
**30 West Street #9D**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _**Identified by Debtor as Customer**_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alice Wang**
**338 Spear St., Unit 38F**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _**2022**_

**Basis for the claim:** _**Identified by Debtor as Customer**_

Last 4 digits of account number _**2127**_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Alkarim Jivraj**
**875 California Street, Apt. 202**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _**2022**_

**Basis for the claim:** _**Identified by Debtor as Customer,**_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 13 of 46

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,485.00 |
|---|---|---|---|

**All Ways Delivery**
**2350 Watney Way, Ste. E**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Storage Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Credit card purchases**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amitabh and Richa Awasthi**
**926 Aruba Lane**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Identified by Debtor as Customer,**

Last 4 digits of account number **2144**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anton Jackson-Smith**
**305 E. Campbell Avenue**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number **2324**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,230.89 |
|---|---|---|---|

**Applegate Tran Interiors**
**34 Woodward Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arash Afrakteh**
**1468 Hamilton Avenue**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Arash Salkhi**
**28 Meadow Hill Drive**
**Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account
number **2473,2474,2481,2475,2482**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,748.34 |
|---|---|---|---|

**Ashley Fehrmann**
**2944 Polk Street**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/6/2023**

Basis for the claim:  **Good purchased but not received**

Last 4 digits of account number **2357**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ashley John**
**55 Rico Way**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Astrid Pierre-Louis**
**Lukasz Kaiser**
**2578 Pine Street**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number **2469**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ATI Peri / Charles Peri**
**1 Grand View Avenue**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aubrey Maxwell**
**1952 Union Street, Suite 1**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Axelrod Architects**
**461 2nd Street #558**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number **2530**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bahar Masarati**
**915 Portswood Circle**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,371.00** |
|---|---|---|---|

**Baker Tilly**
**Attn:  Norleen S. Bounds**
**2570 W. El Camino Real, Suite 640**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Accounting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BAMO, Inc.**
**1000 Brannan Street**
**Suite 300**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Basis for the claim:  **Identified by Debtor as Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BAR Architects & Interiors**
**Ant Khummongkhol**
**77 Geary Street #200**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2348**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$374.86** |
|---|---|---|---|

**Bay Alarm Company**
**5130 Commercial Circle**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Alarm services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,240.48** |
|---|---|---|---|

**Bayon Design Studio**
**Cindy Bayon**
**PO Box 207**
**Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Refund due Customer**

Last 4 digits of account number  **2522**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,004.86** |
|---|---|---|---|

**Ben Stott**
**Lucy Woodward Stott**
**1060 Guerrero Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Refund due to customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Bk Interior Design**
**Cailen Messersmith**
**150 Gate Five Road, Suite 202**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2467**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 16 of 46

| | |
|---|---|
| **3.31** | |

**Nonpriority creditor's name and mailing address**
Bling Capital
Chris Coudron
135 Palm Avenue
Miami Beach, FL 33139

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.32** | |

**Nonpriority creditor's name and mailing address**
Bomma
BMRC Group s.r.o. Pod
Drahou 1638/7, 170 00
Prague, Czech Republic

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Owed on inventory for lighting & Tableware__

Is the claim subject to offset? ■ No ☐ Yes

**$15,643.00**

---

| | |
|---|---|
| **3.33** | |

**Nonpriority creditor's name and mailing address**
Bonnie Houlihan Design
43 University Drive
Menlo Park, CA 94025

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.34** | |

**Nonpriority creditor's name and mailing address**
Bonnie Solow
25 Manor View Drive
Fairfax, CA 94930

Date(s) debt was incurred __2023__

Last 4 digits of account number __2547__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.35** | |

**Nonpriority creditor's name and mailing address**
Bray Whaler Intl.
2154 E Commons Avenue
Suite 4600
Littleton, CO 80122

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.36** | |

**Nonpriority creditor's name and mailing address**
Brenda Paz
1667 Kirkwood Ave
San Francisco, CA 94124

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Trash services__

Is the claim subject to offset? ■ No ☐ Yes

**$925.00**

---

| | |
|---|---|
| **3.37** | |

**Nonpriority creditor's name and mailing address**
Britto Charette LLC Design
310 NW 26th Street, Suite A
Miami, FL 33127

Date(s) debt was incurred __2022-2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 17 of 46

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.38**

Nonpriority creditor's name and mailing address
**Burnett & Piazza Design Group**
**Debbie Piazza & Shannon Burnett**
**14920 Sobey Road**
**Saratoga, CA 95070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.39**

Nonpriority creditor's name and mailing address
**Canon Financial Services, Inc.**
**158 Gaither Drive**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Copier**

Is the claim subject to offset? ■ No ☐ Yes

$197.15

---

**3.40**

Nonpriority creditor's name and mailing address
**Cary Bernstein Architect**
**2325 Third Street, Studio 341**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.41**

Nonpriority creditor's name and mailing address
**Cass Calder Smith Architecture**
**& Interiors**
**44 McLea Court**
**San Francisco, CA 94103**

Date(s) debt was incurred **2023-2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.42**

Nonpriority creditor's name and mailing address
**Cecilia & Mark Pinto**
**Interiors for Modern Living**
**904 High Street**
**Palo Alto, CA 94301**

Date(s) debt was incurred **11/16/2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.43**

Nonpriority creditor's name and mailing address
**Chris Del Rosario**
**25524 Crestfield Circle**
**Castro Valley, CA 94552**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.44**

Nonpriority creditor's name and mailing address
**Chris Henry**
**301 S. Rexford Drive**
**Beverly Hills, CA 90212**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 18 of 46

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Chris Nobriga**
**904 High Street**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2503**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Christa Colavitti**
**Martino Interiors**
**622 University Avenue**
**Los Gatos, CA 95032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2268**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Christman Associates / Susan Christman**
**235 Kansas Street #204**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cinna**
**950 Tennessee St. #406**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2452**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Coy & Company**
**Geoffrey Coy**
**1576 Rollins Road**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cyril Meurillon**
**357 Cumberland Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022, 2024**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **1730,2593**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Da Vinci Marble**
**1480 Industrial Road**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Danielle St. Germain**
**Stephen Kulinski**
**125 Red Hill Circle**
**Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Identified by Debtor as Customer**

Last 4 digits of account number **2285**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**David Bjorngaard**
**Bjorn Design**
**855 Folsom Street, Suite 912**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Identified by Debtor as Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**David Ehrlich**
**290 Beacon Street**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Identified by Debtor as Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dawn and Treg Bradley**
**4727 E Indiana Bend Road**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Identified by Debtor as Customer**

Last 4 digits of account number **2429**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Debra Anderson**
**WOW Atelier Architects**
**73 East 400 South**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Identified by Debtor as Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,062.50** |
|---|---|---|---|

**Dekri Vonan**
**c/o Next Step Accounting Services**
**PO Box 21591**
**Piedmont, CA 94620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Accounting Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,309.55** |
|---|---|---|---|

**Del Corona & Scardigli**
**Stefano D'Angelo, CEO**
**15 W 36th Street, 13th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Freight Service**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Deleon Reality Inc.**
**1717 Embarcadero Road**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edit Kincses**
**505 Scenic Avenue**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2353__

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emily Moxley**
**282 Camino Al Lago**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/20/2023__

Last 4 digits of account number __2203__

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emily Yang Bauer**
**Waterbridge**
**3159 Stevenson**
**Pebble Beach, CA 93953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __2193,2222,2364,2193__

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Rogers**
**13 El Quanito Way**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Fibrenew Bay Area**
**54 Puffin Circle**
**Oakley, CA 94561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

Basis for the claim: __Furniture Repair Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FQ Designs Group**
**101 Henry Adams St., Suite 405**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __2492__

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-30252     Doc# 14     Filed: 05/09/24     Entered: 05/09/24 18:28:57     Page 21 of 46

---

**3.66**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Frank Van Duerm**
**260 Golden Hills Drive**          ☐ Contingent
**Portola Valley, CA 94028**          ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred **9/27/2023**
                                     Basis for the claim:  **Identified by Debtor as Customer**
Last 4 digits of account number **2442**
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.67**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Frank Yu**
**12000 Emerald Hill Lane**          ☐ Contingent
**Los Altos, CA 94022**          ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **Identified by Debtor as Creditor**
Last 4 digits of account number **2257**
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.68**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Gamble + Design**
**85 Carl Street**          ☐ Contingent
**San Francisco, CA 94117**          ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred **2023**
                                     Basis for the claim:  **Identified by Debtor as Customer**
Last 4 digits of account number _
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.69**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Gammabuilt**
**Edward Gamma**          ☐ Contingent
**3529 19th Street**          ☐ Unliquidated
**San Francisco, CA 94110**          ☐ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **Identified by Debtor as Customer**
Last 4 digits of account number _
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.70**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Gast Architects**
**Eric Hartz**          ☐ Contingent
**255 11th St., Suite 300**          ☐ Unliquidated
**San Francisco, CA 94103**          ☐ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **Identified by Debtor as Customer**
Last 4 digits of account number _
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.71**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Geoffrey De Sousa**
**2 Henry Adams St. #350**          ☐ Contingent
**San Francisco, CA 94103**          ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred _
                                     Basis for the claim:  **Identified by Debtor as Customer**
Last 4 digits of account number **1897,1899**
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.72**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          Unknown
**Gil Spencer**
**842 Jennifer Street**          ☐ Contingent
**Incline Village, NV 89451**          ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred **2023**
                                     Basis for the claim:  **Identified by Debtor as Customer**
Last 4 digits of account number **2493**
                                     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Gioi Tran**
**34 Woodward Street**
**San Francisco, CA 94103**

Date(s) debt was incurred  **2022-2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan to Company**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.75** |
|---|---|---|---|

**Godspeed Courier Services Inc.**
**2126 Folsom Street**
**San Francisco, CA 94110**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Courier Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Grace Zhang & Kojia Schluetter**
**412 Hurlingham Avenue**
**San Mateo, CA 94402**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greenblott Design**
**Mae and Eric Greenblott**
**275 Atherton Avenue**
**Atherton, CA 94027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HBA/Hirsch Bedner Assoc. Pte Ltd**
**135 Cecil Street**
**#01-01**
**Singapore**
**069536**

Date(s) debt was incurred __

Last 4 digits of account number  **2355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heidi Betz**
**1925 Gough Street**
**San Francisco, CA 94109**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Herbert and Sue Wei**
**2881 Jackson Street**
**San Francisco, CA 94115**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 23 of 46

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$961.00** |
|---|---|---|---|

**Holly A. Kopman Interior Design LLC**
**207 Second Street, Ste. E**
**Sausalito, CA 94965**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Product order not received and reimbursement of shipping fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Holly Baxter**
**1925 Pacific Avenue, Apt. 6**
**San Francisco, CA 94109**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hsien-Chung Woo and Polly Tam**
**Murphy McKenna Construction**
**125 Park Place, Suite 200**
**Point Richmond, CA 94801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Cruz**
**Soofer Residence**
**100 Lyford Drive**
**Tiburon, CA 94920**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Park**
**One Stuart Lane**
**San Francisco, CA 94105**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identifed by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeeyoung Grace Kim**
**507 Valley Street**
**San Francisco, CA 94131**

Date(s) debt was incurred  **5/6/2023**

Last 4 digits of account number  **2299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jen Hale/Interiors for Modern Living**
**904 High Street**
**Palo Alto, CA 94301**

Date(s) debt was incurred __

Last 4 digits of account number  **2488,2363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-30252     Doc# 14     Filed: 05/09/24     Entered: 05/09/24 18:28:57     Page 24 of 46

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Robin Interiors**
**Jennifer Macdonald, Dina Souza**
**15 Library Place**
**San Anselmo, CA 94960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jenny Kapoor**
**591 Waller Street**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joanne Schweibinz**
**Compass**
**31 Leslyn Lane**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John and Norma Balen**
**2440 Vallejo Street**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2540**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jorie Clark**
**Jorie Clark Design**
**100 Arboleda Way**
**Carmel Valley, CA 93924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Lepera**
**8 Rolling Hills Road**
**Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **1903**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julia Linker**
**3226 Upper Lock Avenue**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Juliana and Lars Moravy**
**PO Box 3508**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number **2315**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|

**Justin Pace**
**Mitchell Walker**
**506 Fell Street #A**
**San Francisco, CA 94102**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Personal Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,111.42** |
|---|---|---|---|

**Justin Pace**
**506 Fell Street, Apt. A**
**San Francisco, CA 94102**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Product order not received**

Last 4 digits of account number **2571**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$207.21** |
|---|---|---|---|

**KBA Document Solutions LLC**
**32900 Alvarado-Niles Rd Ste. 100**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Copying Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kelly Muniz**
**16495 Jackson Oaks**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number **2283**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ken Faulk Inc.**
**310 7th Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kendall Wilkinson Design**
**3419 Sacramento Street**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-2023**

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number **2390,2408**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.101**
**Nonpriority creditor's name and mailing address**
**Kenneth Chiu**
**301 Main Street, Unit 36B**
**San Francisco, CA 94105**

Date(s) debt was incurred __
Last 4 digits of account number __2347__

As of the petition filing date, the claim is: Check all that apply.                         **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**
**Nonpriority creditor's name and mailing address**
**Kristi and Troy Yoshino**
**275 Round Hill Road**
**Tiburon, CA 94920**

Date(s) debt was incurred __
Last 4 digits of account number __2496__

As of the petition filing date, the claim is: Check all that apply.                         **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103**
**Nonpriority creditor's name and mailing address**
**Kristi Will Interior Design**
**630 Purissima Street**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                         **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**
**Nonpriority creditor's name and mailing address**
**Kristina Detter**
**3382 Laures Lane**
**Pebble Beach, CA 93953**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                         **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product order not received__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**
**Nonpriority creditor's name and mailing address**
**Lara Dutto Architecture**
**1146 Upper Happy Valley Road**
**Lafayette, CA 94549**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                         **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**
**Nonpriority creditor's name and mailing address**
**Larry Wasserman**
**111 Rhode Island Street #4B**
**San Francisco, CA 94103**

Date(s) debt was incurred __2/2024 - 3/2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                         **$141,480.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Back Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**
**Nonpriority creditor's name and mailing address**
**Lasea Group LLC**
**440 NE 4th Avenue**
**Camas, WA 98607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                         **$2,446.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __White Glove Delivery to Clients__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 27 of 46

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64,396.89** |
|---|---|---|---|

**Lasvit, Inc.**
**51 Wooster St.**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Basis for the claim:  **Owed on inventory for Lighting & Tableware**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lauren Evans Interiors**
**1325 Howard Avenue**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lesa Faulkner**
**Faulkner Architects**
**288 Pacific Avenue #4A**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,391.64** |
|---|---|---|---|

**Lexie Saine**
**2161 Northpoint Street**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/21/2023**

Basis for the claim:  **Furniture purchased but never delivered**

Last 4 digits of account number  **2367**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**LGE Design Build**
**1200 N. 52nd Street**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2530**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,058.10** |
|---|---|---|---|

**Libertas Funding**
**411 West Putnam Avenue Suite 220**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Personal Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lien Tran**
**1582 Mento Terrace**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2250**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Lina Plam**
**15 Franciscan Way**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2024**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Liz Mullaney**
**140 Foster Road**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Lizette Marie Interior Design**
**Dorte Trionfi**
**360 Langton Street, Suite 200**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Loczi Design**
**2358 Pine Street**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Lois Chess**
**39 Noe Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2146**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Lorinda Reichert**
**81 Kirby Place**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,775.00 |

**Luxe Interior Design**
**PO Box 844651**
**Boston, MA 02284-4651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Basis for the claim:  **Advertising**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 29 of 46

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56.25**

**Mai Glab**
**338 Spear Street #5H**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,697.33**

**MAK Studio**
**49 Rodgers Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Commission to Designer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Marc Zare**
**287 Quinhill Road**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number **2040**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Marianne Bauer**
**683 Colleen Drive**
**San Jose, CA 95123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Maricel Mihalcea**
**910 Colina Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Marion Philpotts**
**Philpotts Interiors**
**40 South Street, No. 200**
**Honolulu, HI 96813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number **2073**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Marjan Hejri**
**19 Dos Posos**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023-2024**

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account
number **2273,2309,2319,2309**

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 30 of 46

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,374.95 |
|---|---|---|---|

**Mark and Cecilia Pinto**
**Rua Moinho do Roque, 11**
**Areia Branca, Lourinha e Atalaia**
**2530-056**
**Portugal**

Date(s) debt was incurred __2023__

Last 4 digits of account number __2501__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product order not received__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Martha Berman**
**72 San Mateo Road**
**Berkeley, CA 94707**

Date(s) debt was incurred __2023__

Last 4 digits of account number __2095__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maydan Architects**
**Mary Maydan**
**713 Southhampton Drive**
**Palo Alto, CA 94303**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Meena Ravella**
**Charles Seiber**
**128 Pecora Way**
**Portola Valley, CA 94028**

Date(s) debt was incurred __2022-2024__

Last 4 digits of account number __2144__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mehrdad Hakimian**
**1 DeSilva Island Court**
**Mill Valley, CA 94941**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,058.54 |
|---|---|---|---|

**Mercedes Benz Financial Serv**
**PO Box 279319**
**Sacramento, CA 95827**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Return of leased vehicle__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael and Helen Kuo**
**27190 Ohlone Lane**
**Los Altos, CA 94022**

Date(s) debt was incurred __2023__

Last 4 digits of account number __2257,2296__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 31 of 46

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Molly Coffermann**
**565 Duboce Ave**
**San Francisco, CA 94117**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Monica Boyle**
**10 Marsh Road**
**Tiburon, CA 94920**

**Date(s) debt was incurred** __2023__
**Last 4 digits of account number** __2540__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Monte Vista LLC**
**Nancy Cornell**
**338 Spear Street**
**San Francisco, CA 94105**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MSJ Designs**
**Maria Jones**
**25080 La Loma Drive**
**Los Altos, CA 94022-4506**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __2531__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Narrative Design Studio**
**Amanda Eike**
**56 Samoset Street**
**San Francisco, CA 94110**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Natalia Khaw Interiors**
**48896 Crestview Common**
**Fremont, CA 94539**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nathan Korman**
**610 Calle Ecuestre**
**Goleta, CA 93117**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Identified by Debtor as Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.143**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

Name

**Neil Kothari**
**240 Delphi Circle**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Identified by Debtor as Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.144**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Nicholas Vincent Inc.**
**2475 3rd Street, Studio 312**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Identified by Debtor as Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Nick Bondarnetis**
**138 28th Avenue**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number **2217**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.146**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Nicole and Louis De Rosa**
**127 26th Avenue**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number **2439**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.147**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Nicole Hollis**
**1000 Brannan Street**
**Suite 503**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number **2430**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.148**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Nobili Marques Arquitectura**
**Seaway at Surf Club Residences**
**S9149 Collins Avenue #502**
**Surfside, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Identified by Debtor as Creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149**   Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Noe Grant**
**Guy Gecht**
**Lions Ridge**
**700 Los Troncos Road**
**Palo Alto, CA 94304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-2024**

Basis for the claim: **Identified by Debtor as Customer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 33 of 46

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**Noovo Bloom**
**1546 Quesada Avenue**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Flowers for Showroom**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Novel 1 Design**
**Jennifer Miller**
**75 Eastview Avenue**
**Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/13/2023**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2527**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**NRK Design, Nakisa Rezvani**
**6208 Lakeview Circle**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**One Workplace Studio West**
**Jeciel Manlapas**
**475 Brannan Street #210**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,226.34 |
|---|---|---|---|

**Paper and Mist**
**60 Santiago Avenue**
**Atherton, CA 94027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25/2024**

Basis for the claim:  **Product order not received**

Last 4 digits of account number  **2596**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paul Ferris**
**52 Grenard Terrace**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Paulina Perrault Interiors**
**85 Liberty Ship Way, Suite 112**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 34 of 46

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Peruri Design Company**
**174 Pepper Drive**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022-2024**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  **2400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Peter Bakst**
**Susan Cashel**
**145 Laurel Street, Apt. 12**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,627,447.88** |
|---|---|---|---|

**Poliform Italy**
**Via Trento Angolo via magni 2**
**22044, Inverito IT**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Poliform USA, Inc.**
**Attn:  Luca Bizi**
**112 Madison Ave., 12th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Polly Eames Interiors**
**3450 S. Ocean Blvd, Suite 406**
**Palm Beach, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123,500.00** |
|---|---|---|---|

**Property Ventures of Marin, Inc.**
**c/o Katherine Isa, Esq.**
**Law Office of Katherine Isa**
**330 Franklin St., Ste. 450**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/17/2023**

Basis for the claim:  **Goods purchased but never received**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Qiling Huang and Serena Zou**
**3452 Woodside Terrace**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/2023**

Basis for the claim:  **Identified by Debtor as Customer**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 35 of 46

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rachel Reider Interiors**
**535 Albany Street, 2nd Floor**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**2346**

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,775.77 |
|---|---|---|---|

**Radiant Global Logistics**
**50 Mayfield Avenue**
**Edison, NJ 08837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**

Last 4 digits of account number __

Basis for the claim: **Shipping Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rara Design Studio**
**440 Davis Court**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Identified by Debtor as Creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Raymie Stata**
**1169 Hillsboro Mile**
**Unit 805**
**Hillboro Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2023**

Last 4 digits of account number __**2388,2416,2371**

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rhoda Meade**
**26475 Anacapa Drive**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rhonda Soofer**
**100 Lyford Drive**
**Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __**2561**

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richa Awasthi**
**926 Aruba Land**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rob Macartney**
**500 Palomar Drive**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022-2023__

**Basis for the claim:** __Identified by Debtor as Customer__

Last 4 digits of account number __2343__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$183,333.00** |
|---|---|---|---|

**Rose Pelagie Ahoulou**
**c/o Next Step Accounting Services**
**PO Box 21591**
**Piedmont, CA 94620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/13/2022__

**Basis for the claim:** __Personal Loan__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Russell Martinelli**
**42 Woodward Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Identified by Debtor as Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sean McCardle**
**3 Marion Avenue**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Identified by Debtor as Customer__

Last 4 digits of account number __2344__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,101.00** |
|---|---|---|---|

**SF Pro Cleaning Services**
**1747 La Salle Avenue**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Cleaning Services__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Shaila Saif**
**898 University Drive**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Identified by Debtor as Customer__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sharon Sun**
**Unit 1928 Cjoma Wpr;d Tower 1**
**#1 Jian Guo Men Wai Ave**
**Beijing, 10000-4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Identified by Debtor as Customer__

Last 4 digits of account number __2456__

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 37 of 46

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,713.59 |
|---|---|---|---|

**Stacee Christen**
**220 Los Cerros Drive**
**Kentfield, CA 94904**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unpaid Commission__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Studio Plow**
**Brit Epperson**
**2540 Grosse Avenue**
**Santa Rosa, CA 95404**

Date(s) debt was incurred __

Last 4 digits of account number __2513__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sutro Architects, Inc.**
**PO Box 640429**
**San Francisco, CA 94164**

Date(s) debt was incurred __

Last 4 digits of account number __2419__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sylvia and Kevin Whitman**
**2821 South Bayshore Dr. 18A**
**Miami, FL 33133**

Date(s) debt was incurred __2023__

Last 4 digits of account number __2351__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tammy Tran Design**
**2233 Alameda Street**
**San Francisco, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Customer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Teer Ying & Weizhao Shao**
**560 Meadow Avenue**
**Santa Clara, CA 95051**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Identified by Debtor as Creditor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,206.88 |
|---|---|---|---|

**Teresa Saks/Nick Lee Architecture**
**201 Folsom St. #36A**
**San Francisco, CA 94105**

Date(s) debt was incurred __2023__

Last 4 digits of account number __2314,2369__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Product ordered not received__

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.185** | Nonpriority creditor's name and mailing address

**Teri Little**
**368 Stevick Drive**
**Atherton, CA 94027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address

**Terry Tremayne**
**459 Homer Avenue #2**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address

**Thao Dodson, as Trustee of the Thao N.**
**Dodson Revocable Living Trust**
**338 Spear Street, #39-B**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Product ordered not received**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address

**Thomas Reyburn**
**10043 Hyperion Lane**
**Golden Oak, FL 32836**

Date(s) debt was incurred _

Last 4 digits of account number **2117,2184,2380**

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address

**Tineke Triggs**
**2152 Union Street**
**San Francisco, CA 94123**

Date(s) debt was incurred **2023**

Last 4 digits of account number **2454,2361**

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address

**Tony Hakimian**
**1 DeSilva Island Court**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address

**Torchio Nursery**
**PO Box 1264**
**Soquel, CA 95073**

Date(s) debt was incurred **2023-2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.      **$1,985.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Flowers for Showroom**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 24-30252   Doc# 14   Filed: 05/09/24   Entered: 05/09/24 18:28:57   Page 39 of 46

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,772.32 |
|---|---|---|---|

**Tramo USA Inc.**
**99 New Hook Road**
**Bayonne, NJ 07002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TRG Architecture + Interior Design**
**1014 Howard Avenue**
**San Mateo, CA 94401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trung Phan & Vivenne Tran**
**15401 Via Colina**
**Saratoga, CA 95070**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.84 |
|---|---|---|---|

**UPS - TX**
**28013 Network Place**
**Chicago, IL 60673-1280**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Uzziah and Yi Chen Lin**
**1020 Crooket Creek Drive**
**Diamond Bar, CA 91765**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **2350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vallee Electrical Services**
**Ryan Vallee**
**4551 York Blvd**
**Los Angeles, CA 90041**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Identified by Debtor as Customer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vernon Applegate**
**34 Woodward Street**
**San Francisco, CA 94103**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal guaranty on American Express account**

Is the claim subject to offset? ■ No ☐ Yes

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 40 of 46

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Vine Homes Construction Corp.** | ☐ Contingent | |
| | **2080 Humbolt Street** | ☐ Unliquidated | |
| | **Yountville, CA 94599** | ☐ Disputed | |
| | Date(s) debt was incurred **11/22/2023** | **Basis for the claim:** **Identified by Debtor as Customer** | |
| | Last 4 digits of account number **2507** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Vinh Nguyen** | ☐ Contingent | |
| | **1565 Hollenbeck Avenue** | ☐ Unliquidated | |
| | **Suite 105** | ☐ Disputed | |
| | **Sunnyvale, CA 94087** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Identified by Debtor as Customer** | |
| | Last 4 digits of account number **2510** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Wendy Zhou** | ☐ Contingent | |
| | **192 Marview Way** | ☐ Unliquidated | |
| | **San Francisco, CA 94131** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:** **Identified by Debtor as Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Wittman-Estes** | ☐ Contingent | |
| | **Ashton Wesley** | ☐ Unliquidated | |
| | **6007 12th Avenue S** | ☐ Disputed | |
| | **Seattle, WA 98108** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Identified by Debtor as Customer** | |
| | Last 4 digits of account number **2303,2334** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,137,361.00** |
|---|---|---|---|
| | **Woodward Studios LLC** | ☐ Contingent | |
| | **34 Woodward Street** | ☐ Unliquidated | |
| | **San Francisco, CA 94103** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:** **Personal Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Yuliya Kukosh** | ☐ Contingent | |
| | **1583 McCoy Avenue** | ☐ Unliquidated | |
| | **Campbell, CA 95008** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Identified by Debtor as Customer** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Zino Chair** | ☐ Contingent | |
| | **335 Palomar Drive** | ☐ Unliquidated | |
| | **Redwood City, CA 94062** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Identified by Debtor as Customer** | |
| | Last 4 digits of account number **2459** | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 41 of 46

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Zoe Giraudo
Fourt Wallz
46 Presidio Avenue
San Francisco, CA 94115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Identified by Debtor as Customer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Catherine Schlomann Robertson, Esq.<br>Spencer Fane<br>225 2West Santa Clara St., #1500<br>San Jose, CA 95113 | Line **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | CM Naturals Design<br>203 Flamingo Road #186<br>Mill Valley, CA 94941 | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | David P. Wasserman, Esq.<br>2960 Van Ness Avenue<br>San Francisco, CA 94109-9696 | Line **3.106**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Emily Yang Bauer<br>1062 Spyglass Wood Drive<br>Pebble Beach, CA 93953 | Line **3.62**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Holly Kopman Design<br>808 Smith Road<br>Mill Valley, CA 94941 | Line **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | James J. Ficenec<br>Newmeyer & Dillon LLP<br>2033 N. Main Street, Suite 500<br>Walnut Creek, CA 94596 | Line **3.160**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Jon J. Janecek, Esq.<br>Newmeyer & Dillion, LLP<br>895 Dove Street, 2nd Floor<br>Newport Beach, CA 92660 | Line **3.160**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Martha Berman<br>179 San Carlos Street<br>San Francisco, CA 94110 | Line **3.130**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | Tracy Green, Esq.<br>Fennemore Wendel<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 | Line **3.82**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

| Debtor | **Applegate Tran Livingston, Inc.** | Case number (if known) | **24-30252** |
|---|---|---|---|
| | Name | | |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 624,515.45 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,408,269.18 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,032,784.63 |

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 43 of 46

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** | |
| | State the term remaining | **Unknown** | **Canon Financial Services, Inc.** |
| | List the contract number of any government contract | | **158 Gaither Drive** |
| | | | **Mount Laurel, NJ 08054** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Commercial Property located at 195 Rhode Island, San Francisco, CA 08/31/2027 (Expiration Date)** | |
| | State the term remaining | | **Larry Wasserman** |
| | List the contract number of any government contract | | **111 Rhode Island Street #4B** |
| | | | **San Francisco, CA 94103** |

Fill in this information to identify the case:

Debtor name  **Applegate Tran Livingston, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **24-30252**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Applegate Tran Interiors** | **34 Woodward Street** **San Francisco, CA 94103** | **UFS West LLC** | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Applegate Tran Interiors** | **34 Woodward Street** **San Francisco, CA 94103** | **Webfunder LLC** | ☑ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Gioi Tran** | **34 Woodward Street** **San Francisco, CA 94103** | **U.S. Small Business Administration** | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Gioi Tran** | **34 Woodward Street** **San Francisco, CA 94103** | **Larry Wasserman** | ☐ D _____ ☑ E/F __3.106__ ☐ G _____ |
| 2.5 | **Gioi Tran** | **34 Woodward Street** **San Francisco, CA 94103** | **UFS West LLC** | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |

Case: 24-30252    Doc# 14    Filed: 05/09/24    Entered: 05/09/24 18:28:57    Page 45 of
46

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| 2.6 | **Gioi Tran** | **34 Woodward Street**<br>**San Francisco, CA 94103** | **Webfunder LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.7 | **Vernon Applegate** | **34 Woodward Street**<br>**San Francisco, CA 94103** | **American Express** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
|---|---|---|---|---|

| 2.8 | **Vernon Applegate** | **34 Woodward Street**<br>**San Francisco, CA 94103** | **U.S. Small Business Administration** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.9 | **Vernon Applegate** | **34 Woodward Street**<br>**San Francisco, CA 94103** | **Larry Wasserman** | ☐ D _____<br>■ E/F ___3.106___<br>☐ G _____ |
|---|---|---|---|---|

| 2.10 | **Vernon Applegate** | **34 Woodward Street**<br>**San Francisco, CA 94103** | **UFS West LLC** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.11 | **Vernon Applegate** | **34 Woodward Street**<br>**San Francisco, CA 94103** | **Webfunder LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.12 | **Woodward Studios LLC** | **34 Woodward Street**<br>**San Francisco, CA 94103** | **UFS West LLC** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

Case: 24-30252     Doc# 14     Filed: 05/09/24     Entered: 05/09/24 18:28:57     Page 46 of 46